| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 06-50067-01 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: John H FRYE | DISTRICT SOUTH DAKOTA | DIVISION WESTERN |
|---|---|---|
| 07CR 766 07 CR 766 JUDGE KENNELLY | NAME OF SENTENCING JUDGE Honorable Karen E. Schreier | |
| | DATES OF PROBATION: | FROM 08/27/2007 — TO 08/26/2012 |
| OFFENSE 2 counts of Failure to Pay Child Support 18 U.S.C. § 228 | MAGISTRATE JUDGE KEYS  KEYS | |

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DIVISION OF THE DISTRICT OF SOUTH DAKOTA

**IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

November 1, 2007 — Date

Karen E. Schreier — Chief Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

**IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

NOV 1 3 2007 — Effective Date

James F. Holderman — United States District Judge

FILED
11-15-07
NOV 1 5 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT